UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ROWE,

    Plaintiff,

v.

PCHANGE LLC, VESTA MANAGEMENT
DC, LLC, BRYAN HUNTER, DAMION
PHILSON, STEFAN WILLIAMS, DELONTE
ALBANY, TYAUNA PERRY, SHAMAR
PHILIPS, TYRELL ARRINGTON, and
JOHN DOES 1-5,

    Defendants.

VESTA MANAGEMENT DC, LLC,

    Cross-Claim Plaintiff,

v.

PCHANGE PROTECTIVE SERVICES LLC,

    Cross-Claim Defendant.

_____/

Civil Action No. 1:22-cv-03098-JEB

### **DEFENDANT STEFAN WILLIAMS NOTICE OF UNAVAILABILITY**

STEPHAN WILLIAMSE that, ALYSSA CINA, ESQ., counsel for Defendant, STEPHAN WILLIAMS, is scheduled to be outside this Court's jurisdiction commencing December 15, 2024, through January 3, 2025, and will therefore be unable to attend any hearings, depositions, or other proceedings. All counsel is hereby requested to schedule any hearings, depositions, or other proceedings at a time and date previous or subsequent to the above dates and to refrain from filing or serving any pleadings or other papers that require a response during those dates as well.

2eabf48fc0942a8a

Rowe v. PChange Protective Services, LLC, et. al
Civil Action No. 1:22-cv-03098-JEB

Dated: October 14, 2024

**Respectfully submitted.**

**RESNICK & LOUIS, P.C.**
444 Brickell Avenue, Suite 300
Miami, Florida 33131
Telephone and Fax: 305-676-6453
E-Mail: acina@rlattorneys.com
E-Mail: ahechtman@rlattorneys.com
E-Mail: vhuff@rlattorneys.com

By: _____
Alyssa Cina, Esq.
D.C. Bar No.: 241602

2
Resnick & Louis, P.C. 444 Brickell Avenue, Suite 300, Miami, Florida 33131