## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROWE<br><br>                *Plaintiff,*<br><br>   v.<br><br>PCHANGE, LLC *et al.*,<br><br>                *Defendants.* | Civil Action No. 22-cv-3098-JEB-MAU |

## VESTA MANAGEMENT DC, LLC'S REQUEST FOR ENTRY OF PREVIOUSLY SUBMITTED AND UNOPPOSED FORM OF JUDGMENT FOR ATTORNEYS' FEES AND COSTS

Following the Court's granting of summary judgment in favor of Vesta Management DC, LLC ("Vesta") on its cross-claims against PChange, LLC ("PChange"), Vesta submitted its application for attorneys' fees, costs, and expenses. (Doc. 197). Along with that application, Vesta submitted a proposed form of judgment containing Fed. R. Civ. P. 54(b) language. (Doc. 197-2). PChange did not oppose Vesta's requested relief. (Vesta's Notice of Non-Opposition (Doc. 200) (so noting)). Via a minute order issued on June 16, 2025, the Court granted Vesta's application and stated as follows:

> MINUTE ORDER: The Court ORDERS that: 1) Vesta's 197 Motion for Attorney Fees is GRANTED as conceded under LCvR 7(b); and 2) PChange shall pay Vesta the sum of $246,635.35 in reasonable attorney fees and costs. So ORDERED by Chief Judge James E. Boasberg on June 16, 2025. (lcjeb2) (Entered: 06/16/2025).

*See* Minute Order dated June 16, 2025. Neither the Clerk nor the Court, however, entered the form of judgment that Vesta submitted.

Accordingly, pursuant to Fed. R. Civ. P. 54 and 58, Vesta requests that the Court enter the form of judgment granting Vesta's award of fees, costs, and expenses. (Doc. 197-2). Again, PChange has not submitted an opposition to its entry. Vesta requests the judgment so that it may record the judgment in jurisdictions where PChange has assets and begin collection activities. For the Court's convenience, Vesta attaches hereto as Exhibit A, a revised version of the previously submitted judgment (Doc. 197-2) with the only change being that it has included the amounts the Court awarded in its Minute Order.

Dated: June 23, 2025                                Respectfully Submitted,

*/s/ Stefan Palys*
Stefan M. Palys (D.C. Bar No. 1765785)
Fox Rothschild LLP
2020 K Street NW, Suite 500
Washington, DC 20006
Tel: 202-659-6704
Facsimile: 202-461-3102
*spalys@foxrothschild.com*

*Attorneys for Vesta Management DC, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2025, a copy of the foregoing was served on all unrepresented parties and counsel of record via electronic service through the Court's CM/ECF system.

*/s/ Stefan Palys*
Stefan Palys
