AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Washington, District of Columbia

| | |
|---|---|
| Cross Claimant VESTA MANAGEMENT DC, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 22-cv-03098-JEB |
| Cross Defendant PCHANGE, LLC ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* Cross Claimant VESTA MANAGEMENT DC, LLC  recover from the defendant *(name)* Cross Defendant PCHANGE, LLC  the amount of $246,635.35  dollars ($ ), which includes prejudgment interest at the rate of  %, plus postjudgment interest at the rate of  %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*  recover costs from the plaintiff *(name)* .

☑ other:  MINUTE ORDER: The Court ORDERS that Judgment is ENTERED in favor of Vesta and against PChange in the sum of $246,635.35. So ORDERED by Chief Judge James E. Boasberg on October 15, 2025. (lcjeb4) (Entered: 10/15/2025)

This action was *(check one)*:

☐ tried by a jury with Judge   presiding, and the jury has rendered a verdict.

☐ tried by Judge   without a jury and the above decision was reached.

☐ decided by Judge   on a motion for  

Date: October 15, 2025

ANGELA D. CAESAR, CLERK OF COURT

*Nicole Bell-Norwood*
*Signature of Clerk or Deputy Clerk*